NUMBERS 13-05-476-CR
AND 13-05-477-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

THEODORE
JUNIOR GATES,                                      Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On appeal from the 180th
District Court 

                            of Harris
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

              Before Justices
Rodriguez, Castillo, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, THEODORE JUNIOR GATES,
perfected appeals from judgments entered by the 180th District
Court of Harris County, Texas, 
in cause numbers 1026787 and 1026788.  On October 20, 2005, this
cause was abated, and the trial court was directed to conduct a hearing to
determine why counsel failed to comply with an order issued by this Court
directing counsel to review the record and advise this Court as to whether
appellant has a right to appeal.  The
trial court was further directed to make certain findings regarding whether
appellant desired to prosecute his appeals, whether appellant was indigent, and
whether appellant was entitled to appointed counsel. The trial court=s findings and
recommendations were received on November 19, 2005.  The trial court found that appellant does not
wish to prosecute his appeals.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeals should be dismissed.  The appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 8th day of December,
2005.